State of New York - Department of State
Receipt for Service

Receipt #: 200706040265                     Cash #: 200706040261
Date of Service: 06/01/2007                 Fee Paid: $40 - DRAWDOWN
Service Company: 52 VANGUARD CORPORATE SERVICES, LTD. - 52

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS
CORPORATION LAW

Party Served: SCARTH CONSTRUCTION CORP.

Plaintiff/Petitioner:
    SELECTIVE INSURANCE COMPANY

Service of Process Address:
SCARTH CONSTRUCTION CORP.
PO BOX 369
PHOENICIA, NY 12464

Cust ref ID: 106616

                                    Secretary of State
                                      By CAROL VOGT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
STATE OF NEW YORK

SELECTIVE INSURANCE COMPANY                                                    Plaintiff

-against-

SCARTH CONSTRUCTION CORPORATION                                                Defendant

STATE OF NEW YORK }
COUNTY OF ALBANY }ss:

   Paula J. Cole, being duly sworn, deposes and says that she is over the age of eighteen years of age, is not a party to this action, and resides in the State of New York.

   That on the 1st day of June, 2007, she served two (2) copies of a Summons in a Civil Case & Complaint pursuant to Section 306 of the Business Corporation Law, upon SCARTH CONSTRUCTION CORP., the Defendant, by personally delivering to and leaving with Carol Vogt, a Clerk in the Office of the New York Secretary of State, in the City of Albany, State of New York, with the statutory fee of $40.00 at the time of service.

   Deponent further states that she knew the person said served to be a Clerk in the Office of the Secretary of State, authorized to accept and receive said service.

   Deponent further states the description of the person actually served as follows:

Sex:      Female
Color:    White
Hair:     Brown
Age:      47
Height:   5'1"
Weight:   110 lbs

                                                            Paula J. Cole

SWORN TO BEFORE ME THIS
5th day of June, 2006

Jessica M. DeVoe
Notary Public, State of New York
No. 01DE6042657
Qualified in Albany County
Commission Expires 5/30/10

VANGUARD CORPORATE SERVICES, LTD.
307 HAMILTON STREET, ALBANY, NEW YORK 12210
800-255-4552 (NYS)   518-436-5616   518-436-3964 (FAX)

Attorney: Keane & Beane, P.C.
Ref: 106616