```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SELECTIVE INSURANCE COMPANY,

                Plaintiff,

  -V-

SCARTH CONSTRUCTION CORP.,

                Defendant.
-----------------------------------------------------------X

07 CIVIL 3816 (LBS)

DEFAULT JUDGMENT

Whereas, plaintiff having moved for a default judgment against the defendant, and the matter having gone before the Court, and the Court, on Sep. 17, 2007, having issued its Order granting plaintiff's motion for default and directing the Clerk to enter judgment by deault against the defendant Scarth for defendant's failure to plead, answer, it is,

**ORDERED, ADJUDGED AND DECREED**, That for the reasons stated in the Court's Order, dated September 17, 2007, plaintiff's motion for default judgment is granted and judgment by default is hereby entered against defendant Scarth for failure to plead, answer, or otherwise defend in this cause..

**DATED: NEW YORK, NY**

    Sep 18 , 2007

                              J. Michael McMahon

                              _____
                                  Clerk

                              (By) Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____